[Cite as *Klosterman v. Ohio Veterans Home*, 2011-Ohio-2891.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOSEPH KLOSTERMAN, et al.

    Plaintiffs

    v.

OHIO VETERANS HOME

    Defendant

Case No. 2010-10246-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

FINDINGS OF FACT

**{¶ 1}** 1)    Plaintiff, Joseph Klosterman, a resident at defendant, Ohio Veterans Home (OVH), filed this action contending that a wheelchair purchased for him was lost while under the control of OVH staff during May 2010.  Plaintiff, Rosemary Klosterman, who has power of attorney for plaintiff, Joseph Klosterman, signed the complaint and stated in the body of the complaint that she purchased the wheelchair that was subsequently lost at OVH.  Plaintiffs requested damages in the amount of $352.76, the stated cost of a replacement wheelchair.  The filing fee was paid by defendant.

**{¶ 2}** 2)    Defendant filed an investigation report admitting responsibility for the loss claimed, plus filing fee reimbursement.

CONCLUSIONS OF LAW

**{¶ 3}** 1)    Sufficient proof of liability on the part of defendant has been shown. *Bauman v. Ohio Veterans Home*, Ct. of Cl. No. 2003-01016-AD, 2003-Ohio-2617; *Wertenberger v. Ohio Veterans Home Agency*, Ct. of Cl. No. 2005-11027-AD, 2006-Ohio-191.

**{¶ 4}** 2)    Plaintiffs have suffered damages in the amount of $352.76, plus

$25.00 which constitutes costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOSEPH KLOSTERMAN, et al.

　　Plaintiffs

　　v.

OHIO VETERANS HOME

　　Defendant

　　Case No. 2010-10246-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE
DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiffs Joseph Klosterman and Rosemary Klosterman in the amount of $377.76, which includes the filing fee. Court costs are assessed against defendant.

DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Joseph Klosterman　　　　　　　　Gregory J. Kowalski, Chief Legal Counsel
Rosemary Klosterman　　　　　　　Ohio Veterans Homes
3416 S. Columbus　　　　　　　　　3416 Columbus Avenue
Sandusky, Ohio  44870　　　　　　　Sandusky, Ohio  44870

RDK/laa
2/22
Filed 3/17/11
Sent to S.C. reporter 6/9/11